**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6783

_____

MAURICIO E. WEBER,

Plaintiff – Appellant,

v.

CORPORAL SANTOS,

Defendant – Appellee,

and

CAPTAIN ARLETTE JONES; LIEUTENANT HANKINS; CAPTAIN HAM; LIEUTENANT COLLINS; OFFICER REEVES; CORPORAL RHONDA LATIMER; MAJOR GARRY L. BRYANT; OFFICER ASHE; DEPUTY HOLDEN; LIEUTENANT HAYDEN; LIEUTENANT LOOPER; SERGEANT TRIBBLE,

Defendants.

_____

Appeal from the United States District Court for the District of South Carolina, at Anderson. Timothy M. Cain, District Judge. (8:12-cv-03349-TMC)

_____

Submitted: August 21, 2014     Decided: August 26, 2014

_____

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mauricio E. Weber, Appellant Pro Se. Steven Michael Pruitt, MCDONALD, PATRICK, POSTON, HEMPHILL & ROPER, LLC, Greenwood,

South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mauricio E. Weber appeals the district court's order dismissing his action asserting civil rights and state law claims for failure to prosecute. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Weber's informal brief does not challenge the basis for the district court's disposition, Weber has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We deny Weber's motions for stay pending appeal, injunctive relief, and a restraining order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>